# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARANDA WOODWARD,

                    Plaintiff,

v.                                                    Case No. 17-CV-736-JPS

AUDIT SYSTEMS, INC.,

                    Defendant.                        **ORDER**

On September 19, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #18). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #18) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 20th day of September, 2017.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge